# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DIPANJAN NAG, Ph.D.,** ) | |
| ) | **Case No. 2:20-cv-3471** |
| Plaintiff, ) | |
| ) | **Judge Sargus** |
| v. ) | |
| ) | **Magistrate Judge Deavers** |
| **OHIO STATE UNIVERSITY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

In accordance with the Court's February 1, 2022 Order (Doc #50), Plaintiff Dipanjan Nag and Defendants The Ohio State University, Bruce McPheron, Michael Papadakis, and the Ohio State Innovation Foundation (collectively, the "Parties") hereby jointly report that they have reached a resolution of this matter, which is in the process of being executed. The Parties anticipate submitting a stipulation of dismissal with prejudice on or before **March 21, 2022**.

Respectfully submitted,

| | |
|---|---|
| */s/Jeffrey P. Vardaro (per email authority 2/28/22)* | */s/ Elaine Aten Brown* |
| Frederick M. Gittes (0031444) | Traci L. Martinez (0083989) |
| fgittes@gitteslaw.com | traci.martinez@squirepb.com |
| Jeffrey P. Vardaro (0081819) | Squire Patton Boggs (US) LLP |
| jvardaro@gitteslaw.com | 2000 Huntington Center |
| The Gittes Law Group | 41 South High Street |
| 723 Oak St. | Columbus, Ohio 43215 |
| Columbus, OH 43205 | (614) 365-2700/Fax: (614) 365-2499 |
| (614) 222-4735/Fax: (614) 221-9655 | |
| **Counsel for Plaintiff** | Elaine Aten Brown (0065117) |
| | elaine.brown@squirepb.com |
| /s/*Oliver D. Frey (per email authority 2/28/22)* | Squire Patton Boggs (US) LLP |
| Natalie M. McLaughlin (0082203) | 4900 Key Tower |
| nmmclaughlin@vorys.com | 127 Public Square |
| Oliver D. Frey (0098479) | Cleveland, Ohio 44114 |
| odfrey@vorys.com | Telephone: (216) 479-8500 |
| Vorys, Sater, Seymour and Pease LLP | Facsimile: (216) 479-8780 |
| 52 East Gay Street, P.O. Box 1008 | |
| Columbus, OH 43216-1008 | ***Counsel for Defendants The Ohio State*** |
| (614) 464-5452/Fax: (614) 719-5252 | ***University, Bruce McPheron, and*** |
| | ***Michael Papadakis*** |
| ***Counsel for Defendant OSIF*** | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 28, 2022, the foregoing was filed with the Court and served via the Court's electronic filing system, which shall provide notice to counsel for all parties.

*/s/Elaine Aten Brown*
Elaine Aten Brown (0065117)
*Counsel for Defendants The Ohio State University, Bruce McPheron, and Michael Papadakis*