# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DIPANJAN NAG, Ph.D., ) | |
| ) | Case No. 2:20-cv-3471 |
| Plaintiff, ) | |
| ) | Judge Sargus |
| v. ) | |
| ) | Magistrate Judge Deavers |
| OHIO STATE UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dipanjan Nag, Ph.D., and Defendants The Ohio State University, Bruce McPheron, Michael Papadakis, and the Ohio State Innovation Foundation (collectively, the "Parties") hereby stipulate to the dismissal of this action with prejudice, with the parties to bear their own costs.

Respectfully submitted,

/s/Frederick M. Gittes
Frederick M. Gittes (0031444)
fgittes@gitteslaw.com
Jeffrey P. Vardaro (0081819)
jvardaro@gitteslaw.com
The Gittes Law Group
723 Oak St.
Columbus, OH 43205
(614) 222-4735/Fax: (614) 221-9655
**Counsel for Plaintiff**

/s/Oliver D. Frey (per email consent)
Natalie M. McLaughlin (0082203)
nmmclaughlin@vorys.com
Oliver D. Frey (0098479)
odfrey@vorys.com
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-5452/Fax: (614) 719-5252

**Counsel for Defendant OSIF**

/s/Traci L. Martinez (per email consent)
Traci L. Martinez (0083989)
traci.martinez@squirepb.com
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-2700/Fax: (614) 365-2499

Elaine Aten Brown (0065117)
elaine.brown@squirepb.com
Squire Patton Boggs (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780

**Counsel for Defendants The Ohio State University, Bruce McPheron, and Michael Papadakis**

2

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on March 11, 2022, the foregoing was filed with the Court and served via the Court's electronic filing system, which shall provide notice to counsel for all parties.

        /s/Frederick M. Gittes
        Frederick M. Gittes
        *Counsel for Plaintiff Dipanjan Nag, Ph.D.*